UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD K. INGLIS, as Special
Trustee to the trust under the will of
Rosa B. Schweiker, dated February 2,
1961, the Frederick W. Berlinger
Revocable Deed of Trust, dated
10/17/1991, as amended and restated.

     Plaintiff,

v.                                       Case No: 2:14-cv-677-FtM-29CM

WELLS FARGO BANK N.A.,

     Defendant.
_____

## ORDER

Before the Court is Plaintiff's Motion for Case Management Designation (Doc. 22), filed on March 30, 2015. On April 6, 2015, the Court designated this a Track Two case pursuant to Local Rule 3.05. Doc. 23. The Court also ordered the parties to submit a Case Management Report. *Id.* The relief requested in Plaintiff's Motion has been addressed. Therefore, Plaintiff's Motion for Case Management Designation is denied as moot.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion for Case Management Designation (Doc. 22) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 7th of April, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record